UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| QUAD INT'L, INC., | CASE NO. 0:12-cv-2685 |
| Plaintiff, | |
| | Judge: Hon. Richard H. Kyle |
| v. | |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

Plaintiff Quad Int'l, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against Defendant John Doe. Defendant John Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Quad Int'l, Inc.

DATED: March 11, 2013

By: s/ Michael K. Dugas
Michael K. Dugas
Bar No. 0392158
Attorney for Plaintiff
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (415) 325–5900
mkdugas@wefightpiracy.com